**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-032 |
| v. | * | SECTION: "M" |
| STANTON GUILLORY, et al. | * | |

\* \* \*

**GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT STANTON GUILLORY'S MOTION TO CONTINUE TRIAL DATE OF DECEMBER 2, 2019**

**NOW INTO COURT** comes the United States of America, represented herein by the undersigned Assistant United States Attorney, who respectively opposes defendant Stanton Guillory's Motion to Continue the Trial. The trial in this matter is currently set for Monday, December 2, 2019.

**BACKGROUND**

On February 26, 2016, a federal grand jury returned a one-count Indictment against Stanton Guillory, charging him with murder-for-hire, a violation under Title 18, United States Code, §§1958 and 2. Rec. Doc. 3. At the time, Guillory was in state custody and was brought into federal custody via a Writ of Habeas Corpus Ad Prosequendum. Rec. Doc. 9. Guillory had his initial appearance on May 26, 2016, at which time the Federal Public Defender was appointed to represent Guillory. Rec. Doc. 14. On June 3, 2016, U.S. District Judge Jay C. Zainey issued an order appointing Kerry P. Cuccia to represent Guillory. Rec. Doc. 17. On June 7, 2016, Guillory was arraigned and ordered detained. Rec. Doc. 19. On July 6, 2016, the Government filed an exparte/consent motion to continue the trial, which was granted by U.S. District Judge Jay C. Zainey. Rec. Docs. 22 & 23.

On August 17, 2017, a federal grand jury returned a Superseding Indictment charging defendants Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr., Kendrick Johnson and Stanton Guillory with conspiracy to commit murder-for-hire, conspiracy to obstruct justice by murder of a federal witness, among other various violations of Title 18, United States Code, §§ 1001, 1512, 1513, 1623, 1958 and 2. Rec. Doc. 52. All of the defendants had their initial appearances and detention hearings and all are currently detained. Each defendant was appointed two attorneys because several of the charges in the Superseding Indictment carried the possibility of the death penalty. However, on November 19, 2018, the Government filed its Notice of Intent Not to Seek the Death Penalty as to each defendant. Rec. Doc. 214. Although none of the defendants any longer faced the death penalty, the defendants filed motions to retain two appointed defense attorneys. This Honorable Court granted the defendants' motions over the Government's opposition. Rec. Docs. 231 & 235. Thus, Alysson L. Mills and Kerry P. Cuccia represent Guillory; Richard J. Bourke and Joseph Vigneri represent Louis Age, Jr.; Nicholas J. Trenticosta and Steven Lemoine represent Louis Age, III; John Harvey Craft and Jessica LaCambra Mullaly represent Ronald Wilson, Jr.; and Herbert V. Larson, Jr. and Stephen J. Haedicke represent Kendrick Johnson. Additionally, Emma M. Greenwood was appointed as the Coordinating Discovery Attorney for all of the defendants on June 1, 2018.  Rec. Doc. 159.

The charges in the Superseding Indictment arise out of a long-term investigation conducted by the Federal Bureau of Investigation ("FBI"), which originated from a health care fraud case. Milton L. Womack, a cooperating defendant in *U.S. v. Hunter, et al.*, 11-CR-105 (M.D. La.), a Baton Rouge Strike Force health care fraud case, was murdered on July 27, 2012 at approximately 4 p.m in front of his girlfriend's house in New Orleans, Louisiana. Womack was killed approximately 48 hours after it became public that he would be pleading guilty in *U.S. v. Hunter,*

*et al*. In addition to agreeing to plead guilty, Womack had agreed to cooperate with law enforcement and testify at trial, specifically against Louis Age, Jr. Trial in that matter was set for September 4, 2012. On July 27, 2012, Womack was sitting in a vehicle when Guillory exited a red, two-door Monte Carlo and fired multiple shots into Womack's vehicle, hitting and killing him. Guillory, Age, Jr., Age, III, Johnson and Wilson were charged by the federal grand jury in the Superseding Indictment based on their respective roles in the killing of Milton Womack, a federal witness.

As mentioned in Guillory's motion, the Government has provided substantial discovery in this case. The Government continues to amicably work with the Coordinating Discovery Attorney, including through technical difficulties.

On July 29, 2019, defendant Stanton Guillory filed a motion to continue the trial. Rec Doc. 258. Defendants Louis Age, Jr, Louis Age, III, and Ronald Wilson, Jr., have expressed no objection to the continuance. Defendant Kendrick Johnson has objected to the trial continuance. Rec. Doc. 261. The Government also opposes the trial continuance and is preparing to begin trial on the agreed upon date of December 2, 2019.

## ARGUMENT

Guillory's motion focuses on potential upcoming conflicts for one of Stanton Guillory's two attorneys, Kerry P. Cuccia.[1] Specifically, defense counsel is lead defense attorney for one trial (Joekel) scheduled to begin on September 16, 2019, and is a supervising attorney for another trial (Cannon) scheduled to begin on either October 17, 2019 or November 7, 2019.

---

[1] The motion also references recalcitrant discovery production. The government believes that the defendant is referring to the government's compliance with discovery production deadlines under the *Jencks* Act.

The government believes that it is premature at this point to grant the continuance. There are 13 lawyers currently enrolled in this case. The five defendants collectively have 11 attorneys, and the government has two attorneys. Selecting a date that works for a large group of active lawyers will always be a challenge and, in fact, proved to be a challenge at the status conference on April 17, 2019, when the parties originally chose the December 2, 2019 trial date. Consequently, the government believes that the Court should not move the trial date until it is determined absolutely necessary.

The facts that the Court needs to analyze to rule on this motion are fluid. Counsel for Stanton Guillory has *potential* conflicts on the horizon. However, as the Court knows, trials often get continued, despite the best efforts of all parties. Severe weather events can occur. Lawyers, Judges, and critical witnesses can get sick. Procedural errors can be discovered. If either of counsel's trials are continued, it could obviate his desire for a continuance.

Further, the defendants in this case have two attorneys each, despite being legally entitled to only one lawyer. Additionally, for the first time in a criminal matter in the Eastern District of Louisiana, another attorney was appointed on behalf of all the defendants to serve as the Coordinating Discovery Attorney ("CDA"). The CDA has handled the bulk of the discovery process, and presumably has greatly assisted the 11 defense attorneys on the case by organizing and prioritizing the discovery disclosed. Although anticipated to be extensive, the pre-trial motion practice should not be particularly complicated for Guillory or any of the other defendants.

Although three of Guillory's co-defendants do not oppose his request for a trial continuance, Guillory's co-defendant Kendrick Johnson does oppose the continuance for health reasons. On the basis that Guillory has been under federal indictment since 2016, and has had at

4

least one attorney continuously representing Guillory from that time, and a co-defendant objects to his motion, the government opposes the continuance.

The temporary indisposition of one of the defendant's attorneys should not derail pre-trial preparations for the defendant. The government suggests the parties conference in the coming weeks to check the status of these potential conflicts for Guillory's attorney and the ongoing health status of co-defendant Kendrick Johnson.

## CONCLUSION

**WHEREFORE**, the Government respectfully submits that the defendant Guillory's Motion to Continue the Trial Date of December 2, 2019 be denied for the reasons stated above.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*s/Myles D. Ranier*
MYLES D. RANIER
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3087

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/Myles D. Ranier*
MYLES D. RANIER
Assistant United States Attorney
