UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                  CRIMINAL ACTION

VERSUS                                                    NO. 16-32

STANTON GUILLORY                                          SECTION M
LOUIS AGE, JR.
LOUIS AGE, III
RONALD WILSON, JR.
KENDRICK JOHNSON

## ORDER

Considering the Motions to Suppress, R. Doc. 284, R. Doc. 285, and R. Doc. 287;

IT IS ORDERED that a hearing on the Motion to Suppress Statements, R. Doc. 284, and the Motion to Suppress Cell-Site and Geo-Location Information, R. Doc. 285, is hereby set for February 13, 2020, at 9:00 a.m.

IT IS FURTHER ORDERED that a hearing on the Motion to Suppress Evidence, R. Doc. 287, is hereby set for March 6, 2020, at 9:00 a.m.

New Orleans, Louisiana, this 7th day of January 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE