**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO.  16-032** |
| **STANTON GUILLORY, et al.** | **SECTION  M** |

### SCHEDULING ORDER

Pursuant to the agreement of the United States of America, Louis Age, Jr., Louis Age, III, Ronald Wilson, Jr., Kendrick Johnson, and Stanton Guillory, through their respective counsel of record, the Court enters the following scheduling order as specified below.  These modifications to the existing pretrial deadlines are necessary due to the ongoing problems posed by the COVID-19 pandemic and Hurricane Ida, and the resulting complications for trial preparation.

All parties in this case consent to the following scheduling order as discussed and agreed upon at the status conference held before this Court on Wednesday, October 27, 2021:

1. November 1, 2021- Defendants will file motions for severance.

2. November 10, 2021- Government will file its opposition to any motions for severance. It is anticipated the Court will rule on the papers for any motions for severance filed, but if the Court deems a hearing necessary, it will set a date accordingly.

3. November 14, 2021- Defendants will file dispositive motions, including motions to dismiss or quash the indictment, or any matter that may dispose of a defense or a charge.

4. December 10, 2021- Government will file its oppositions to any dispositive motions filed by defendants on November 14, 2021.

5. December 17, 2021- Defendants will file their replies to any oppositions filed by the Government.

6.  January 4, 2022- Pending witness availability, the Court will hold a hearing on Louis Age, Jr.'s motion to suppress statements.

7.  January 4, 2022 at 2:30 p.m. – The Court will hold the final pretrial conference.

8.  January 5, 2022- The Government and Defendants will file motions *in limine*.

9.  January 10, 2022 – The Government will disclose all *Brady* material, and Jencks Act material related to any witnesses it intends to call at trial for whom there are no concerns regarding the safety and security of the witness;

10. January 12, 2022- The Government and Defendants will file oppositions to motions *in limine.*

11. January 18, 2022- Reply briefs will be filed by Government and Defendants to oppositions to motions *in limine*.

12. January 18, 2022- Proposed Jury Instructions and Verdict Form due to the Court.

13. January 18, 2022- Prosecution exhibit book due to the Court (two hard copies) and defense counsel.  Because of the tight scheduling timeline, the Government requests permission to supplement, if necessary.

14. January 18, 2022- Court will hold any hearings, if necessary, on motions *in limine.*

15. January 18, 2022 - The Government will disclose all *Brady* material, and Jencks Act material related to any witnesses for whom disclosure was not made on January 10, 2022.

16. Week of January 24, 2022- Trial begins.  Court will hold a hearing, if necessary, on the Government's Motion for Forfeiture by Wrongdoing out of the presence of the jury.


New Orleans, Louisiana, this 1st day of November, 2021.


BARRY W. ASHE
UNITED STATES DISTRICT JUDGE