UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL DOCKET |
| | ) |
| versus | ) NUMBER: 16-32-1 |
| | ) |
| LOUIS AGE JR. | ) JUDGE BARRY W. ASHE |
| LOUIS AGE III | ) |
| RONALD WILSON JR | ) |
| KENDRICK JOHNSON | ) |
| STANTON GUILLORY | ) |

## MOTION TO WITHDRAW AND SUBSTITUTE DOCUMENT

Ronald Wilson, through undersigned counsel, respectfully moves to withdraw the document filed on March 10, 2022, earlier this afternoon, at docket entry number 692 because it was erroneously filed. He asks to substitute for the prior-filed document the attached, "Motion for Discovery."

A proposed order is enclosed.

Respectfully submitted,

*/s/ Anna Friedberg*
Anna Friedberg
3110 Canal Street
New Orleans, LA 70119
504-444-8557
Email: anna.friedberg@gmail.com

Attorney for Ronald Wilson

| | |
|---|---|
| *s/ Jessica Mullaly* | */s/ Kerry P. Cuccia* |
| Jessica L. Mullaly, LA Bar #26674 | KERRY P. CUCCIA |
| Attorney for Ronald Wilson | 3801 Canal Street |
| 7925 nelson Street | Suite 400 |
| New Orleans, LA 70125 | New Orleans, LA 70119 |
| Telephone: 504-258-7294 | 504-595-8965 |
| Email: jessicamullaly1@gmail.com | Email: kerryc@capitald.org |
| | |
| Attorney for Ronald Wilson | Attorney for Stanton Guillory |

*/s/ Richard Bourke*
Richard Bourke, LA #31428
Christine Lehmann LA 28122
Attorneys for Louis Age, Jr.
Louisiana Capital Assistance Center
636 Baronne Street
New Orleans, LA 70113
504-558-9867
504-558-0378 (fax)

Attorneys for Louis Age, Jr.

*/s/ Alysson L. Mills*
ALYSSON L. MILLS
650 Poydras Street, Suite 1525
New Orleans, LA 70130
amills@millsamond.com


Attorney for Stanton Guillory

*Nicholas J. Trenticosta*
Nicholas J. Trenticosta
Herrero & Trenticosta
7100 St. Charles Ave.
New Orleans, LA 70118
504-352-8019
Email: nicktr@bellsouth.net

Attorney for Louis Age, III

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*//s Anna L. Friedberg*

Anna L. Friedberg