UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR., *et al.* | SECTION M |

## <u>ORDER</u>

Before the Court is a motion by defendants Louis Age Jr., Louis Age III, Ronald Wilson, Jr., and Stanton Guillory (collectively, "Defendants") for discovery pursuant to Rules 16 and 12(b)(4) of the Federal Rules of Criminal Procedure[1] in which they seek a variety of discovery they characterize as *Brady* material regarding various jailhouse informants.[2]  Also before the Court is  defendants' motion for leave to make extrajudicial statements to request assistance in obtaining evidence, in which Defendants seek permission to publish the name of a jailhouse informant to seek information about him from the public.[3]  The United States of America (the "Government") responds to both motions with an omnibus memorandum in opposition in which it argues that (1) it has provided all of the relevant discovery related to the one jailhouse informant witness it plans to call and there is no *Brady* issue,[4] and (2) Defendants' request to make extrajudicial statements amounts to an unnecessary and dangerous fishing expedition that will not result in any relevant or admissible information because there is no evidence that the one jailhouse informant it intends to call was involved in the alleged "corrupt informant ring."[5]  Defendants reply, arguing that the

---

[1] R. Doc. 703.  The motion was originally filed as R. Doc. 692.  It was replaced with R. Doc. 703 at defense counsel's request due to the inadvertent inclusion of sensitive material in what was publicly filed as R. Doc. 692.
[2] R. Doc. 703 at 10-11.
[3] R. Doc. 694.
[4] R. Doc. 712 at 5-9.
[5] *Id.*at 9-10.

requested discovery and extrajudicial statements are necessary to properly investigate the case.[6]

Having considered the parties' memoranda, the record, and the applicable law,

IT IS ORDERED that Defendants' motion for discovery (R. Doc. 703) is DENIED.

IT IS FURTHER ORDERED that Defendants' motion *in limine* for leave to make extrajudicial statements (R. Doc. 694) is DENIED.

New Orleans, Louisiana, this 15th day of March, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[6] R. Doc. 718.