UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-32 |
| LOUIS AGE JR.<br>LOUIS AGE III<br>   a/k/a "Big Lou"<br>RONALD WILSON JR.<br>   a/k/a "Tank"<br>STANTON GUILLORY<br>   a/k/a "Nan Nan" | SECTION M (1) |

## JURY VERDICT FORM

### COUNT 1
### Conspiracy to Commit Murder-for-Hire

Count 1 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with conspiracy to commit murder for hire in violation of 18 U.S.C. § 1958.

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

| | | |
|---|---|---|
| **LOUIS AGE JR.** | __X__ Guilty | ____ Not Guilty |
| **LOUIS AGE III** | __X__ Guilty | ____ Not Guilty |
| **RONALD WILSON JR.** | __X__ Guilty | ____ Not Guilty |
| **STANTON GUILLORY** | __X__ Guilty | ____ Not Guilty |

**Instruction:**
Proceed to Count 2 on page 2.

## COUNT 2
### Murder-for-Hire

Count 2 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with murder for hire in violation of 18 U.S.C. §§ 1958 and 2.

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

| Defendant | Guilty | Not Guilty |
|---|---|---|
| **LOUIS AGE JR.** | X Guilty | ___ Not Guilty |
| **LOUIS AGE III** | X Guilty | ___ Not Guilty |
| **RONALD WILSON JR.** | X Guilty | ___ Not Guilty |
| **STANTON GUILLORY** | X Guilty | ___ Not Guilty |

**Instruction:**
Proceed to Count 3 on page 3.

## COUNT 3
### Conspiracy to Tamper with a Witness

Count 3 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with conspiring to tamper with a witness, namely, to kill Milton Womack with the intent to prevent Milton Womack (1) from attending and testifying in an official proceeding, that is, the health care fraud trial in *United States v. Louis Age Jr., et al.*, Criminal No. 11-105-JJB, United States District Court, Middle District of Louisiana, and (2) from communicating to a law enforcement officer of the United States information relating to the commission or possible commission of a federal offense, that is, use of fire to commit mail fraud (18 U.S.C. § 844(h)(1)), all in violation of 18 U.S.C. §§ 1512(a)(3)(A) and 1512(k).

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

| | | |
|---|---|---|
| **LOUIS AGE JR.** | __X__ Guilty | _____ Not Guilty |
| **LOUIS AGE III** | __X__ Guilty | _____ Not Guilty |
| **RONALD WILSON JR.** | __X__ Guilty | _____ Not Guilty |
| **STANTON GUILLORY** | __X__ Guilty | _____ Not Guilty |

**Instruction:**
**Proceed to Count 4 on page 4.**

## COUNT 4
## Tampering with a Witness to Prevent Testimony

Count 4 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with tampering with a witness, namely, killing Milton Womack with the intent to prevent him from attending and testifying in an official proceeding, that is, the health care fraud trial in *United States v. Louis Age Jr., et al.*, Criminal No. 11-105-JJB, United States District Court, Middle District of Louisiana, in violation of 18 U.S.C. §§ 1512(a)(1)(C), 1512(a)(3)(A), and 2.

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

| Defendant | | |
|---|---|---|
| **LOUIS AGE JR.** | __X__ Guilty | _____ Not Guilty |
| **LOUIS AGE III** | __X__ Guilty | _____ Not Guilty |
| **RONALD WILSON JR.** | __X__ Guilty | _____ Not Guilty |
| **STANTON GUILLORY** | __X__ Guilty | _____ Not Guilty |

**Instruction:**
Proceed to Count 5 on page 5.

## COUNT 5
## Tampering with a Witness to Prevent Communication of Information

Count 5 of the Indictment charges defendants, **LOUIS AGE JR.** and **LOUIS AGE III** a/k/a "Big Lou," with tampering with a witness, namely, killing Milton Womack with the intent to prevent him from communicating to a law enforcement officer of the United States information relating to the commission or possible commission of a federal offense, that is, use of fire to commit mail fraud (18 U.S.C. § 844(h)(1)), in violation of 18 U.S.C. §§ 1512(a)(1)(C), 1512(a)(3)(A), and 2.

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

**LOUIS AGE JR.**          __X__ Guilty      _____ Not Guilty

**LOUIS AGE III**          __X__ Guilty      _____ Not Guilty

**Instruction:**
   **Proceed to Count 6 on page 6.**

## COUNT 6
### Conspiracy to Retaliate Against a Witness

Count 6 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with conspiring to kill Milton Womack with the intent of retaliating against him for providing information to a law enforcement officer of the United States relating to the commission or possible commission of a federal offense, that is, health care fraud (18 U.S.C. § 1347) involving **LOUIS AGE JR.** and others, in violation of 18 U.S.C. §§ 1513(a)(2)(A) and 1513(f).

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

| | | |
|---|---|---|
| **LOUIS AGE JR.** | __X__ Guilty | _____ Not Guilty |
| **LOUIS AGE III** | __X__ Guilty | _____ Not Guilty |
| **RONALD WILSON JR.** | __X__ Guilty | _____ Not Guilty |
| **STANTON GUILLORY** | __X__ Guilty | _____ Not Guilty |

**Instruction:**
Proceed to Count 7 on page 7.

## COUNT 7
### Retaliating Against a Witness

Count 7 of the Indictment charges defendants, **LOUIS AGE JR.**, **LOUIS AGE III** a/k/a "Big Lou," **RONALD WILSON JR.** a/k/a "Tank," and **STANTON GUILLORY** a/k/a "Nan Nan," with killing Milton Womack with the intent of retaliating against him for providing information to a law enforcement officer of the United States relating to the commission or possible commission of a federal offense, that is, health care fraud (18 U.S.C. § 1347) involving **LOUIS AGE JR.** and others, in violation of 18 U.S.C. §§ 1513(a)(1)(B), 1513(a)(2)(A), and 2.

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

**LOUIS AGE JR.**           __X__ Guilty  _____ Not Guilty

**LOUIS AGE III**           __X__ Guilty  _____ Not Guilty

**RONALD WILSON JR.**       __X__ Guilty  _____ Not Guilty

**STANTON GUILLORY**        __X__ Guilty  _____ Not Guilty

**Instruction:**
Proceed to Count 8 on page 8.

## COUNT 8
### Conspiracy to Intimidate a Witness

Count 8 of the Indictment charges defendants, **LOUIS AGE JR.** and **LOUIS AGE III** a/k/a "Big Lou," with conspiring to use intimidation, threaten, and corruptly persuade another person with intent to: (1) influence, delay, and prevent the testimony of any person in an official proceeding, that is, the health care fraud trial in *United States v. Louis Age Jr., et al.*, Criminal No. 11-105-JJB, United States District Court, Middle District of Louisiana, and (2) hinder, delay, and prevent the further communication to a law enforcement officer of the United States of information relating to the commission or possible commission of a federal offense, that is, health care fraud (18 U.S.C. §1347), all in violation of 18 U.S.C. § 1512(k).

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

**LOUIS AGE JR.**        __X__ Guilty        _____ Not Guilty

**LOUIS AGE III**        __X__ Guilty        _____ Not Guilty


**Instruction:**
   **Proceed to Count 9 on page 9.**

## COUNT 9
### Conspiracy to Retaliate Against a Witness

Count 9 of the Indictment charges defendants, **LOUIS AGE JR.** and **LOUIS AGE III** a/k/a "Big Lou," with conspiring to retaliate against a witness for providing to a law enforcement officer of the United States truthful information relating to the commission or possible commission of a federal offense, that is, health care fraud (18 U.S.C. §1347), all in violation of 18 U.S.C. § 1513(f).

We, the jury, unanimously find each defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

**LOUIS AGE JR.**         __X__ Guilty        _____ Not Guilty

**LOUIS AGE III**         _____ Guilty        __X__ Not Guilty

**Instruction:**
    Proceed to Count 11 on page 10.

## COUNT 11
## Making False Statements to a Special Agent of the FBI

Count 11 of the Indictment charges defendant, **LOUIS AGE III** a/k/a "Big Lou," with making false statements to a Special Agent of the FBI in violation of 18 U.S.C. § 1001.

We, the jury, unanimously find the defendant either Guilty, beyond a reasonable doubt, or Not Guilty, as indicated below:

**LOUIS AGE III**      __X__ Guilty     _____ Not Guilty

**Instruction:**
Please sign and date the verdict form and return to the courtroom.

New Orleans, Louisiana, this 27 day of April, 2022.



JURY FOREPERSON/PRESIDING JUROR